UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr310

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>(1) RACHELLE JOHNSON )<br>(2) DIANA DELMAS )<br>_____) | O R D E R |

**THIS MATTER** is before the Court on the government's Motion to Destroy Evidence (Doc. No. 41), filed May 4, 2006, to which neither defendant has objected.

For reasons stated in the government's Motion and for good cause shown, it is hereby **ORDERED** that the government may destroy the approximate 9 kilograms of liquid cocaine seized from Defendants.

Signed: May 24, 2006

Robert J. Conrad, Jr.
United States District Judge